VINCENT SMITH
C-99842 A1-150-L
P.O. BOX 2349
CHUCKAWALLA VALLEY
STATE PRISON
BLYTHE CA 92226

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT SMITH
  Petitioner
vs.
JOHN SALAZAR, WARDEN, (A)
  Respondent(s)

**APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

E-Filing

CASE NUMBER: C 07 3698 (PR)    CW

I, VINCENT SMITH, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. CHUCKAWALLA VALLEY STATE PRISON, BLYTHE, CALIFORNIA

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No

   b. Rent payments, interest or dividends             ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No

   d. Disability or workers compensation payments      ☐ Yes    ☒ No

   e. Gifts or inheritances                            ☐ Yes    ☒ No

   f. Any other sources                                ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)                                                    ORIGINAL

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount: _____⌀_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

If "Yes" describe the property and state its value. _____⌀_____

6. Do you have any other assets?    ☐ Yes    ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

⌀

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

⌀

I declare under penalty of perjury that the above information is true and correct.

JULY 2, 2007                    /s/ Vernon Smith
_____                  _____
    DATE                            SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

_____                  _____
    DATE                            SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030                                    REPORT DATE: 07/09/07
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2006 THRU JUL. 09, 2007

ACCOUNT NUMBER : C99842              BED/CELL NUMBER: A10000000000150L
ACCOUNT NAME   : SMITH, VINCENT SCOTT    ACCOUNT TYPE: C
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----    ----  -----------   -------    ---------  --------  -----------  -------

12/01/2006    BEGINNING BALANCE                                           0.00

    ACTIVITY FOR 2007
03/05*WD54 INMATE PAYROL 2636/FEB07              1.48                     1.48
04/05*WD54 INMATE PAYROL 2963/MAR07              5.07                     6.55
05/04*WD54 INMATE PAYROL 3354/APR07              4.75                    11.30
05/14*DD30 CASH DEPOSIT  3490/ACCES              2.70                    14.00
06/08*WD54 INMATE PAYROL 3921/MAY07              5.13                    19.13
07/06*WD54 INMATE PAYROL 0054/JUN07              4.25                    23.38


                          CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE      DESCRIPTION           COMMENT        HOLD AMOUNT
    ------     ----      -----------           -------        -----------
    05/23/2007 H102    EYEGLASSES HOLD         3602/GLSSE        32.25
    07/02/2007 H111    LIBRARY HOLD            0008/DOM16        14.99


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/28/85                   CASE NUMBER: *CR1757
COUNTY CODE: *LAK                          FINE AMOUNT: $    566.70

    DATE      TRANS.    DESCRIPTION              TRANS. AMT.    BALANCE
    ----      ------    -----------              -----------    -------

12/01/2006    BEGINNING BALANCE                                 566.70

03/05/07     WR54     RESTITUTION DEDUCTION-SUPPORT   1.64-     565.06
04/05/07     WR54     RESTITUTION DEDUCTION-SUPPORT   5.62-     559.44
05/04/07     WR54     RESTITUTION DEDUCTION-SUPPORT   5.26-     554.18
05/14/07     DR30     REST DED-CASH DEPOSIT           2.98-     551.20
06/08/07     WR54     RESTITUTION DEDUCTION-SUPPORT   5.69-     545.51
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
CALIFORNIA DEPARTMENT OF CORRECTIONS

```
REPORT ID: TS3030                                    REPORT DATE: 07/09/07
                                                     PAGE NO:        2
                         CHUCKAWALLA VALLEY PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 01, 2006 THRU JUL. 09, 2007

ACCT: C99842      ACCT NAME: SMITH, VINCENT SCOTT        ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/28/85                        CASE NUMBER: *CR1757
COUNTY CODE: *LAK                               FINE AMOUNT: $    566.70

  DATE      TRANS.    DESCRIPTION                   TRANS. AMT.    BALANCE
---------   ------    -----------------------       -----------    -------
07/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT      4.71-      540.80

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------   -------    -------    ------------
   0.00        23.38          0.00       23.38      47.24         0.00


                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                            23.86-
```