VINCENT SMITH
C-99842 A1-150-L
CHUCKAWALLA VALLEY
STATE PRISON
P.O. BOX 2349
BLYTHE, CA 92226
IN PRO PER

E-Filing

FILED
07 AUG -6 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT SMITH
           Plaintiff,

vs.

JOHN SALAZAR, WARDEN
           Defendant.

CASE NO. C 07 3698 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, VINCENT SMITH, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _BECHTEL    CONSTRUCTION_____
5  _COBB, CA         1984_____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or           Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,        Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                    Yes ___ No _X_
14    d.   Pensions, annuities, or           Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,  Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                    Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ __0__

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____NONE_____
6  _____
7  5.   Do you own or are you buying a home?        Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ ____Ø____                Utilities: ____Ø____
23 Food: $ ____Ø____                Clothing: ____Ø____
24 Charge Accounts:
25 Name of Account          Monthly Payment           Total Owed on This Acct.
26 ____Ø____                $ ____Ø____               $ ____Ø____
27 _____               $ _____              $ _____
28 _____               $ _____              $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -3-

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NONE_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _7-25-07_                         _[signature]_
17      DATE                          SIGNATURE OF APPLICANT

Case Number: C-07-3698

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Chu Vincent Smith_ for the last six months
[prisoner name]
_Chuckawalla Valley St Prsn_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _2.90_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _4.14_.

Dated: _7-30-07_                 _____
                                 [Authorized officer of the institution]

-5-

```
REPORT ID: TS3030                                        REPORT DATE: 07/30/07
                                                         PAGE NO:         1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 30, 2007

ACCOUNT NUMBER : C99842               BED/CELL NUMBER: A10000000000150L
ACCOUNT NAME   : SMITH, VINCENT SCOTT  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------    -------    ---------  --------  -----------  -------

01/01/2007    BEGINNING BALANCE                                            0.00

03/05*VD54 INMATE PAYROL 2636/FEB07               1.48                    1.48
04/05*VD54 INMATE PAYROL 2963/MAR07               5.07                    6.55
05/04*VD54 INMATE PAYROL 3354/APR07               4.75                   11.30
05/14*DD30 CASH DEPOSIT  3490/ACCES               2.70                   14.00
06/08*VD54 INMATE PAYROL 3821/MAY07               5.13                   19.13
07/06*VD54 INMATE PAYROL 0054/JUN07               4.25                   23.38
07/17 W514 VISION CARE C 0207/GLSES                         23.38         0.00


                         CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE       DESCRIPTION         COMMENT      HOLD AMOUNT
 ------       ----       -----------         -------      -----------

07/02/2007    H111    LIBRARY HOLD          0008/DOM16       14.99
07/14/2007    H109    LEGAL POSTAGE HOLD    0171/7-13         5.30
07/14/2007    H118    LEGAL COPIES HOLD     0180/7-9         14.20
07/17/2007    H102    EYEGLASSES HOLD       0207/GLSES        8.87


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/28/85                CASE NUMBER: *CR1757
COUNTY CODE: *LAK                       FINE AMOUNT: $    566.70

  DATE     TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ----     ------   -----------              -----------    -------

01/01/2007          BEGINNING BALANCE                        566.70

03/05/07   VR54     RESTITUTION DEDUCTION-SUPPORT   1.64-    565.06
04/05/07   VR54     RESTITUTION DEDUCTION-SUPPORT   5.62-    559.44
05/04/07   VR54     RESTITUTION DEDUCTION-SUPPORT   5.26-    554.18
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
REPORT ID: TS3030                                              REPORT DATE: 07/30/07
                                                               PAGE NO:          2
                          CHUCKAWALLA VALLEY PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 30, 2007

ACCT: C99842      ACCT NAME: SMITH, VINCENT SCOTT         ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/28/83                       CASE NUMBER: *CR1757
COUNTY CODE: *LAK                              FINE AMOUNT: $    566.70

   DATE      TRANS.    DESCRIPTION                 TRANS. AMT.    BALANCE
   ----      -----     -----------                 -----------    -------

  05/14/07   DR30      REST DEB-CASH DEPOSIT          2.98-        551.20
  06/08/07   VR54      RESTITUTION DEDUCTION-SUPPORT  5.69-        545.51
  07/06/07   VR54      RESTITUTION DEDUCTION-SUPPORT  4.71-        540.80


     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



                              TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL         CURRENT      HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
  ---------   --------   -----------     -------     -------     ------------

     0.00      23.38        23.38          0.00       43.36          0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                         43.36-
```