VINCENT SMITH C-99842
P.O. BOX 2349 A1-150-L
CHUCKAWALLA VALLEY STATE PRISON
BLYTHE, CA 92226

LEGAL MAIL



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

LEGAL MAIL