UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 21, 2007

Clerk, U.S. District Court
Central District of California
3470 Twelfth Street
1st Floor, Room 134
Riverside, CA 92501-3801

RE: CV 07-03698 CW   VINCENT SMITH-v-JOHN SALAZAR

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record